UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONALD R. THOMPSON and RACHEL A. THOMPSON,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>DESCHUTES COUNTY SHERIFF'S OFFICE; JONATHAN EBNER, in both his official and individual capacity, AARON ALEXANDER, in both his official and individual capacity, SHANE NELSON, in both his official and individual capacity, KYLE FREDERICKSON, in both his official and individual capacity, DARRYL LEWIS, in both his official and individual capacity, DAVID BOOK, in both his official and individual capacity, ROY NELSON, in both his official and individual capacity, RUSSELL STANAGE, in both his official and individual capacity, DON MANNING, in both his official and individual capacity, WILLIAM BAILEY, in both his official and individual capacity, ANDREW DOYLE, Deschutes County DDA in both his individual and official capacity, JOSEPH DeLUCA,<br><br>Defendants - Appellees. | No. 24-2113<br><br>D.C. No. 6:23-cv-01936-MC<br><br>District of Oregon, Eugene<br><br>MANDATE |

The judgment of this Court, entered September 23, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT